UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JADEN INVESTMENT TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JP MORGAN CHASE BANK, N.A., ) <br> ) <br> Defendant. ) <br> ——————————————————— ) | 2:13-cv-02153-RCJ-NJK <br><br> **ORDER** |

Plaintiff via the present action sought to register a civil judgment in this Court. The putative judgment appeared to be from a court styled as the "Shaykamaxum Grand/Supreme Court of Atlan/Amexem Al Moroc NW." (*See* ECF No. 1). Defendant moved to dismiss for lack of jurisdiction and lack of standing. The Court granted the motion for both reasons and because Plaintiff did not timely respond.

Plaintiff has asked the Court to relieve it from the judgment for fraud on the Court under Rule 60(b)(3). Plaintiff argues that Defendants lacked standing and thereby perpetrated a fraud on the Court. Plaintiff also alleges the Court lacked jurisdiction. The Court denies the motion. First, the motion is untimely. *See* Fed. R. Civ. P. 60(c)(1). Second, the motion is without merit. Plaintiff identifies no fraud; it is a plaintiff who must have standing to sue, not a defendant who must have standing to defend; and it is Plaintiff who attempted to invoke the Court's jurisdiction, and the Court in fact dismissed for lack of jurisdiction.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Set Aside (ECF No. 20) is DENIED.

IT IS SO ORDERED.

Dated this 26th day of August, 2015.

ROBERT C. JONES
United States District Judge