1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9    JADEN INVESTMENT TRUST,

10              Plaintiff,                                     Case No. 2:13-cv-02153-RCJ-NJK

11    vs.                                                      **ORDER**

12    JP MORGAN CHASE BANK N.A.,

13              Defendant.

14

15          Plaintiff attempted to register a civil judgment that it obtained from the Shaykamaxum

16    Grand Supreme Court, which as this Court noted, "There is no such American jurisdiction, and

17    there is no indication of any foreign sovereignty or recognized Indian tribe by that name." (ECF

18    No. 18.) This Court denied this claim for lack of jurisdiction and standing. (*Id.*) Movant

19    Shaykamaxum Republic Tribal Nations on behalf of the Shaykamaxum Grand Supreme Court

20    moves "this court to suppress the record [of this case] from the public record via this Motion to

21    Strike from the record." (ECF No. 23.) Movant, however, provides no authority by which this

22    remedy would be proper. Indeed, this appears to be a motion to seal the case, which is only proper

23    where the records are filed "to gratify private spite, promote public scandal, circulate libelous

24    statements, or release trade secrets." *Demaree v. Pederson*, 887 F.3d 870, 884 (9th Cir. 2018)

(quoting *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)). Movant

has presented no such basis, only that "documentation submitted to [this Court] did not have our

authorization." (ECF No. 23.) Movant has not shown that this Court requires such authorization.

**CONCLUSION**

IT IS HEREBY ORDERED that Motion to Strike (ECF No. 23) is DENIED.

IT IS SO ORDERED.

Dated November 30, 2020.

_____

ROBERT C. JONES
United States District Judge